### JOHN ELBERT ET AL. V. RICHARD HOBY.

*Reversal for Misconduct of Jurors.*—Where a reversal is asked on this ground, the affidavits concerning such misconduct must be made a part of the record by a bill of exceptions or an order of court.

Filed May 10, 1881.

Appeal from Harrison Circuit Court.

William T. Jones, Samuel J. Wright and Jordan & Jordan, for appellants, cited *Davis* v. *State,* 35 Ind. 496 ; *Ryan* v. *Harrow,* 27 Iowa, 494 ; *People* v. *Douglas,* 4 Cowen, 26 ; *Brant* v. *Fowler,* 7 Cowen 562 ; 16 N. H. 139 ; 13 Tex. 168 ; *Pelham* v. *Page,* 6 Ark. 535, as to misconduct of jurors.

Opinion of the court by Mr. Justice Woods.

We are asked to reverse the judgment in this case solely on the alleged misconduct of jurors, but the affidavits concerning that misconduct are not made a part of the record by a bill of exceptions or by an order of the court. There is, therefore, no question properly presented for our decision. See *McDaniel* v. *Mattingly* (this term), and cases cited.

Judgment affirmed with costs.